```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   HOT SPRINGS DIVISION
```

EDWARD CARTER                                              PLAINTIFF

v.                    Case no. 6:14-CV-06049

RAY HOBBS, Director, Arkansas
Department of Correction                                   DEFENDANT

### ORDER

Now on this 17th day of March, 2015, there comes on for consideration the Report and Recommendation (Doc. 16) filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas.  No objections were filed to the Report and Recommendation.

The Court has reviewed the case and, being well and sufficiently advised, finds as follows:  The Report and Recommendation is proper and should be and hereby is ADOPTED in its entirety.  Accordingly, the 28 U.S.C § 2254 petition (Doc. 1) is DENIED and DISMISSED WITH PREJUDICE.  Further, Petitioner has failed to make a substantial showing of the denial of a constitutional right, and the Court declines to issue a certificate of appealability.

IT IS SO ORDERED.

                                    /s/ Robert T. Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge